# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**UNSELD NANCE,** *et al.*                                                                 **PLAINTIFFS**

**v.**                                           **3:07CV00119-WRW**

**ERIK SAMMIS,** *et al.*                                                                   **DEFENDANTS**

## ORDER

Pending is Defendants' unopposed Motion to Dismiss Official Capacity Claims Against Individual Defendants (Doc. No. 28). Defendants' Motion is GRANTED, and the official capacity claims made against Defendants Sammis, Evans, Johnson, and Paudert are DISMISSED.

IT IS SO ORDERED this 26th day of February, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE