# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**UNSELD NANCE, SR., individually, as the natural**
**father and next friend of UNSELD NANCE,**
**JR.; UNSELD NANCE, SR., individually; and**
**PAMELA FARROW**                                                                 **PLAINTIFFS**

**v.**                          **CASE NO. 3:07-CV-00119 BSM (Lead Case)**

**ERIK SAMMIS, in his individual capacity; JIMMY**
**EVANS, in his individual capacity; WILLIAM**
**JOHNSON, in his individual capacity; ROBERT**
**PAUDERT, in his individual capacity; CITY OF**
**WEST MEMPHIS, ARKANSAS; UNKNOWN**
**WEST MEMPHIS POLICE OFFICERS, in their**
**official capacities; and UNKNOWN ARKANSAS**
**STATE POLICE OFFICERS, in their official capacities**        **DEFENDANTS**

## CONSOLIDATED WITH:

**DEBRA FARROW, individually, and as**
**co-administrator of the Estate of DeAunte**
**Farrow on behalf of DeAunte Farrow; and**
**ROBIN PERKINS, individually, and as**
**co-administrator of the Estate of DeAunte Farrow**                **PLAINTIFFS**

**v.**                          **CASE NO. 3:07-CV-00189 (Consolidated Case)**

**ERIK SAMMIS, individually, and in his official**
**capacity as Officer of West Memphis Police Department;**
**JIMMY EVANS, individually, and in his official**
**capacity as Officer of West Memphis Police Department;**
**WILLIAM JOHNSON, individually, and in his official**
**capacity as Mayor of the City of West Memphis, Arkansas;**
**ROBERT PAUDERT, individually, and in his official**
**capacity as Chief of Police of West Memphis Police**
**Department; THE CITY OF WEST MEMPHIS, ARKANSAS**       **DEFENDANTS**

## ORDER

Presently before the court is the motion to compel filed by separate defendants Erik Sammis, Jimmy Evans, William Johnson, and Robert Paudert ("separate defendants") on November 21, 2008. Separate defendant Johnson requests that the court enter an order requiring plaintiffs to provide responses to the discovery propounded to plaintiffs Debra Farrow and Robin Perkins on October 8, 2008. Additionally, all defendants request an order compelling plaintiffs to supplement their initial disclosures within five (5) days. Specifically, defendants state that a number of individuals have previously been interviewed, under oath, by one of plaintiffs' attorneys, and that such interviews were transcribed by a court reporter, but plaintiffs have failed to supplement their initial disclosures or make the transcripts available for inspection and copying.

To date, plaintiffs have failed to respond to the pending motion. For good cause shown, the motion is granted. Plaintiffs are directed to provide responses to the outstanding discovery and to supplement their initial disclosures on or before December 22, 2008.

Accordingly, defendants' motion to compel (Doc. No. 69) is granted.

IT IS SO ORDERED THIS 19th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE