**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**UNSELD NANCE, SR., individually, as the natural
father and next friend of UNSELD NANCE,
JR.; and PAMELA FARROW**                                  **PLAINTIFFS**

        v.                  **CASE NO. 3:07-CV-00119 BSM (Lead Case)**

**ERIK SAMMIS, individually; JIMMY EVANS,
individually; WILLIAM JOHNSON, individually;
ROBERT PAUDERT, individually; CITY OF
WEST MEMPHIS, ARKANSAS; and UNKNOWN
ARKANSAS STATE POLICE OFFICERS, in their
official capacities**                                                   **DEFENDANTS**

<u>**CONSOLIDATED WITH:**</u>

**DEBORAH FARROW and ROBIN PERKINS,
individually, and as co-administrators of the Estate
of DeAunta Farrow**                                    **PLAINTIFFS**

        v.                  **CASE NO. 3:07-CV-00189 (Consolidated Case)**

**ERIK SAMMIS, individually;JIMMY EVANS,
individually; WILLIAM JOHNSON, individually;
ROBERT PAUDERT, individually; THE CITY OF
WEST MEMPHIS, ARKANSAS**                         **DEFENDANTS**

<u>**ORDER**</u>

      Today, the undersigned entered an order moving the jury trial in the above case from the week of February 17, 2009, to February 23, 2009. Due to a conflict of counsel for defendant City of West Memphis, however, the court vacates the previous order (Doc. No. 129). Trial will begin as previously scheduled on February 17, 2009, at 1:30 p.m. in Courtroom # 324, United States Courthouse, 615 South Main, Jonesboro, Arkansas. Counsel and parties are directed to be

present for a pretrial conference at 1:00 p.m.  Counsel has advised the court that the trial of this matter will take approximately five (5) days.

IT IS SO ORDERED this 26th day of January, 2009.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE