**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**UNSELD NANCE, SR., individually, as the natural
father and next friend of UNSELD NANCE,
JR.; and PAMELA FARROW**                                    **PLAINTIFFS**

v.                  **CASE NO. 3:07-CV-00119 BSM (Lead Case)**

**ERIK SAMMIS, individually; JIMMY EVANS,
individually; WILLIAM JOHNSON, individually;
ROBERT PAUDERT, individually; CITY OF
WEST MEMPHIS, ARKANSAS; and UNKNOWN
ARKANSAS STATE POLICE OFFICERS, in their
official capacities**                                    **DEFENDANTS**

**CONSOLIDATED WITH:**

**DEBORAH FARROW and ROBIN PERKINS,
individually, and as co-administrators of the Estate
of DeAunta Farrow**                                 **PLAINTIFFS**

v.                  **CASE NO. 3:07-CV-00189 (Consolidated Case)**

**ERIK SAMMIS, individually; JIMMY EVANS,
individually; WILLIAM JOHNSON, individually;
ROBERT PAUDERT, individually; THE CITY OF
WEST MEMPHIS, ARKANSAS**                                **DEFENDANTS**

**ORDER**

      Don Trimble, Glenwood P. Roane, Sr., Samuel Jones, Addie Burks, Javier Bailey, Christian Michaels, Brad Cazort, and Paul Charton are hereby authorized to bring a cell phone, laptop computer, and personal digital assistant into the United States Courthouse, 615 South Main, Jonesboro, Arkansas, February 17-20, 2009, and February 23-24, 2009, subject to the following rules:

(a)     The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(b)     Cell phones must be turned off and put away when in the courtroom.

(c)     Wireless internet components of electronic devices must be deactivated when in district courtrooms.

(d)     Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel.  This examination includes, but is not limited to placing the device through electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

(e)     The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic devices, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions.  A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

IT IS SO ORDERED this 5th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE