**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**UNSELD NANCE, SR., et al.**                                                                 **PLAINTIFFS**

    **v.**                          **CASE NO. 3:07-CV-00119 BSM (Lead Case)**

**ERIK SAMMIS, et al.**                                                                       **DEFENDANTS**

<u>**CONSOLIDATED WITH:**</u>

**DEBORAH FARROW, et al.**                                                              **PLAINTIFFS**

**v.**                             **CASE NO. 3:07-CV-00189 (Consolidated Case)**

**ERIK SAMMIS, et al.**                                                                       **DEFENDANTS**

<u>**ORDER**</u>

The City of West Memphis moves [Doc. No. 138] pursuant to Federal Rule of Civil Procedure 60(a) for reconsideration of the February 5th, 2009 order [Doc. No. 136] granting in part and denying in part its motion for summary judgment. The plaintiffs object to the motion for reconsideration [Doc. No. 145].

The parties did not discuss the remaining 42 U.S.C. § 1985(3) claims in either their briefs for summary judgment or the current motion to reconsider. Nor did the parties discuss any remaining equal protection claims in either their motion for summary judgment or the current motion to reconsider. As such there is no reason to reconsider pursuant to FRCP 60(a) the prior order declining to dismiss these claims on summary judgment. The City of West Memphis's motion [Doc. No. 138] is DENIED.

IT IS SO ORDERED this 10th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE