**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**UNSELD NANCE, SR., et al.**                                                                   **PLAINTIFFS**

    **v.**                           **CASE NO. 3:07-CV-00119 BSM (Lead Case)**

**ERIK SAMMIS, et al.**                                                                          **DEFENDANTS**

<u>**CONSOLIDATED WITH:**</u>

**DEBORAH FARROW, et al.**                                                                **PLAINTIFFS**

**v.**                           **CASE NO. 3:07-CV-00189 (Consolidated Case)**

**ERIK SAMMIS, et al.**                                                                          **DEFENDANTS**

<u>**ORDER**</u>

On February 6th, 2009, defendants' filed motions in limine [Doc. No. 141] to exclude certain evidence from trial. Five days later, the case was stayed [Doc. No. 150] pending an interlocutory appeal to the Eighth Circuit Court of Appeals on the issue of qualified immunity. The Eighth Circuit affirmed [Doc. No. 154], but the case was again stayed pending a petition for a writ of certiorari to the Supreme Court of the United States [Doc. No. 158]. On October 20, 2010, the Supreme Court denied defendants' petition for a writ of certiorari [Doc. No. 161], and the case was returned to the active docket of this court on November 4, 2010.

Up to this point the plaintiffs have not yet responded to defendants' motions in limine [Doc. No. 141]. Because the case was stayed only five days after the defendants filed their motions, the time for the plaintiffs to respond has not yet expired. Considering that this case

has been stayed for twenty-one months, it is proper that the plaintiffs should have a full fourteen days to respond. As such, plaintiffs are directed to respond to defendants' motions in limine [Doc. No. 141] within fourteen days of the filing of this order.

IT IS SO ORDERED this 10th day of November, 2010.

_____
UNITED STATED DISTRICT JUDGE