UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**UNSELD NANCE, SR., et al.**                                                                 **PLAINTIFFS**

**v.**              **CASE NO. 3:07cv00119 BSM**
**CONSOLIDATED with 3:07cv00189 BSM**

**ERIK SAMMIS, et al.**                                                                      **DEFENDANTS**

## ORDER

Defendants move *in limine* [Doc. No. 141] to exclude various evidence from trial. The motion is granted in part and denied in part as set forth below:

(1) The motion to exclude accusations that Sammis stole a necklace in the course of an arrest is GRANTED.

(2) The motion to exclude accusations that Sammis stored evidence in a location other than an evidence locker is GRANTED.

(3) The motion to exclude accusations that Joyce Gray filed an excessive force complaint pertaining the arrest of Ronnie Lowe is GRANTED.

(4) The motion to exclude Sammis's termination from North Little Rock Police Department is DENIED without prejudice. Admissibility will be determined after listening to the evidence and how it is presented

(5) The motion to exclude reference to canine biting incidents is GRANTED.

(6) The motion to exclude evidence regarding claims and issues presented in the case styled *Howard v. Sammis, et al.*, 2:04-cv-00095 is DENIED without prejudice. Admissibility will be determined after listening to the evidence and how it is

presented.

(7)     The motion to exclude any statement or argument that DeAunta Farrow had in possession a Coke bottle and a bag of chips at the time of the shooting is DENIED.

IT IS SO ORDERED this 11th day of March, 2011.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE