**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**UNSELD NANCE, SR., et al.**                                                         **PLAINTIFFS**

**v.**            **NO. 3:07CV00119 BSM**
      **CONSOLIDATED WITH 3:07CV00189**

**ERIK SAMMIS, et al.**                                                                   **DEFENDANTS**

## ORDER

Bennie O'Neil, Glenwood Roane, Javier Bailey, Deborah Farrow, Pam Farrow, Unseld Nance, Sr., Paul Charton, Chris Michaels, Pipere Brettell, Robb Helt, Jamie Nash, and Melissa Hatfield are hereby authorized to bring a cell phone, laptop computer, or personal digital assistant into the United States Federal Building and Courthouse in Jonesboro between Monday, April 18, 2011, and Friday, April 22, 2011, subject to the following rules:

(a) The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(b) Cell phones must be turned off and put away when in the courtroom.

(c) Wireless internet components of electronic devices must be deactivated when in district courtrooms.

(d) Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel.  This examination includes, but is not limited to placing the devise through electronic screening machines and requiring the person

       possessing the device to turn the power to the device off and on.

(e)      The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic devices, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

IT IS SO ORDERED this 13th day of April, 2011.

*[signature: Brian S. Miller]*

UNITED STATES DISTRICT JUDGE