IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**UNSELD NANCE, JR., et al**                                               **PLAINTIFFS**

**Vs**          **CASE NO. 3:07CV00119 BSM**
**CONSOLIDATED WITH 3:07CV00189 BSM**

**ERIK SAMMIS, et al**                                                     **DEFENDANTS**

## JUDGMENT

Pursuant to the verdict returned by the jury on April 22, 2011, after four days of trial, in favor of defendants Erik Sammis and Jimmy Evans;

IT IS ORDERED, ADJUDGED AND DECREED that, on all claims, judgment is rendered for defendants Erik Sammis and Jimmy Evans and plaintiffs' claims are dismissed with prejudice.

IT IS SO ORDERED this 26th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE